IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
VICTORIA DESHELIA JONES, ) Bk. No. **17-05779-MH3-13**
) Chapter 13
Debtor(s). ) Judge Marian F. Harrison

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** May 3, 2019
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** May 15, 2019 at 8:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, Tennessee 37203

TRUSTEE'S REQUEST FOR HEARING ON DEBTOR'S APPLICATION
TO DISALLOW CLAIM ASSERTED BY INLAND BANK/INSOLVE AUTO FUNDING

      Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully requests this Court set for hearing the debtor's application seeking to disallow a claim asserted on behalf of Inland Bank/Insolve Auto Funding, designated as claim 5 on the Court's claims register.

      No Certificate of Service has been filed by the debtor reflecting that service was effected upon a bank (Inland Bank) or Insolve Auto Funding.

      Respectfully submitted,

      /s/ Henry E. Hildebrand, III

      _____
      Henry E. Hildebrand, III
      Chapter 13 Trustee
      P. O. Box 340019
      Nashville, TN 37203-0019
      615-244-1101; Fax 615-242-3241
      pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certifies that on or before the 26th day of April, 2019, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***

U. S. Trustee
Mark Podis, Counsel for Debtor

***By U. S. Postal Service, postage prepaid to:***

Victoria D. Jones, 508 Amalie Court, Nashville, TN 37211
Insolve Auto Funding, Attn: Angela Turpening, P. O. Box 64090, Tucson, AZ 85728-4090

      /s/ Henry E. Hildebrand, III

      _____
      Henry E. Hildebrand, III
      Chapter 13 Trustee

Case 3:17-bk-05779  Doc 46  Filed 04/26/19  Entered 04/26/19 10:24:17  Desc Main
Document  Page 1 of 1