Marian F. Harrison
US Bankruptcy Judge

Dated: 5/9/2019

# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Tennessee

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | Case No. 3:17-bk-05779 |
| VICTORIA DESHELIA JONES | } | |
| | } | Chapter 13 |
| | } | Judge Harrison |
| Debtor(s) | } | |

SSN: (1) xxx-xx-0707

## ORDER STRIKING DEBTOR'S OBJECTION TO THE CLAIM OF INLAND BANK/INSOLVE FUNDING

Comes now Mark. R. Podis, and would advise the Court to strike his Objection to the Claim of Inland Bank/Insolve Funding (docket entry 44), filed April 3, 2019, without prejudice.

IT IS THEREFORE ORDERED, that the Objection to the Claim of Inland Bank/Insolve Funding (docket entry 44), filed April 3, 2019, is hereby stricken without prejudice.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

**/s/ Mark Podis**
Mark R. Podis #012216
Attorney for Debtors
1161 Murfreesboro Rd Ste 300
Nashville TN 37217
(615) 399-3800 Telephone
(615) 399-9794 Fax
Email-podisbankruptcy@aol.com

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.