**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:
    VICTORIA DESHELIA JONES      CASE NO: 3:17-05779
    508 AMALIE COURT      CHAPTER 13
    NASHVILLE, TN 37211      JUDGE: HARRISON

**Debtor:**
SSN: XXX-XX-0707

## ORDER GRANTING DEBTOR'S MOTION TO DIRECT INSURANCE PROCEEDS

Debtors filed a Motion to Direct Insurance Proceeds to be paid directly to the Trustee to pay off the lien holder for her 2009 Chevy Traverse. The debtor wishes for any remaining funds to be forwarded directly to her, in order to use as a down payment to purchase another vehicle. Notice was mailed pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

    **IT IS ORDERED** that the Motion to Direct Insurance Proceeds will be granted.

1. **State Farm Insurance Company (Claims Dept),** PO Box 52250, Phoenix, AZ 85072-2250, claim # 42-7917-R22 is prepared to pay the total loss settlement in the amount of $9,468.86.

2. **Insolve Auto Funding,** Dept #3403, PO Box 123403, Dallas, TX 75312, is the lienholder for said vehicle.

3. The proceeds of $9,468.86 are to be forwarded to the Chapter 13 Trustee to disburse proper amount to pay off the Lien holder. Any remaining settlement proceeds are to be

forwarded directly to the Debtor in order to be used as a down payment in order to purchase another vehicle.

4. The Chapter 13 Trustee to disburse funds to pay off the Lien Holder, **Insolve Auto Funding.**

5. **Insolve Auto Funding** shall release the lien and title to **State Farm Insurance Company** upon entry of Order on this motion.

6. NOTICE IS PROVIDED TO CREDITORS. FAILURE TO OBJECT TO THIS MOTION MEANS YOU ACCEPT THIS TREATMENT.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

APPROVED FOR ENTRY:

/s/ Mark Podis_____
Mark R. Podis         #012216
Attorney for Debtors
1161 Murfreesboro Rd Ste 300
Nashville, TN 37217
(615) 399-3800 Telephone
(615) 399-9794 Facsimile
Email-podisbankruptcy@aol.com